IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| TABITHA SULLIVAN, | § | |
| | § | No. 303, 2025 |
| Respondent Below, | § | |
| Appellant, | § | Court Below—Family Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | File No: 24-10-06TN |
| DEPARTMENT OF SERVICES | § | |
| FOR CHILDREN, YOUTH, | § | Petition No. 24-25412 |
| AND THEIR FAMLIES/ | § | |
| DIVISION OF FAMILY | § | |
| SERVICES, | § | |
| | § | |
| Petitioner Below, | § | |
| Appellee. | § | |

Submitted: January 7, 2026
Decided: January 9, 2026

Before **SEITZ**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

## <u>ORDER</u>

This 9th day of January, 2026, after consideration of the parties' briefs and the record on appeal, it appears to the Court that the judgment of the Family Court should be affirmed on the basis of and for the reasons stated in its July 8, 2025 order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court be AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice